[Civ. No. 12284. First Dist., Div. Two. Oct. 19, 1942.]

LLOYD C. TROUSDELL, Respondent, v. THE EQUI-
TABLE LIFE ASSURANCE SOCIETY OF THE
UNITED STATES (a Corporation), Appellant.

Pillsbury, Madison & Sutro for Appellant.

J. Rainey Hancock for Respondent.

NOURSE, P. J.—The appeal in this action involves the
same issues as those presented in the case of *Trousdell* v.
*Equitable Life Assurance Society* numbered 12046 herein
(*ante,* p. 74 [130 P.2d 173] and decided this day. By stipula-
tion both appeals were submitted on the same reporter's
transcript and briefs. For the reasons stated in our opinion
in the other appeal the judgment herein is affirmed.

Sturtevant, J., and Spence, J., concurred.

A petition for a rehearing was denied November 18, 1942.
The opinion then rendered is reported *ante,* p. 84 [139 P.2d
990].

Appellant's petition for a hearing by the Supreme Court
was denied December 17, 1942. Shenk, J., and Edmonds, J.,
did not participate therein.